**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STANLEY ELLIS,<br><br>   Plaintiff,<br><br>  v.<br><br>GOVERNMENT EMPLOYEE INSURANCE COMPANY, a Maryland corporation,<br><br>   Defendant. | Case No. 2:22-cv-01580-WBS-JDP<br><br>Hon. William B. Shubb<br><br>**ORDER DISMISSING THIRD CAUSE OF ACTION FOR UNFAIR COMPETITION (CAL. BUS. & PROF. CODE § 17200)**<br><br>*[Joint Stipulation filed concurrently.]*<br><br>[Complaint filed: July 19, 2022<br>Trial Date:   Not set.] |

Case No. 2:22-cv-01580-WBS-JDP

SMRH:4861-3376-7741.1   ORDER RE JOINT STIPULATION TO DISMISS THIRD CAUSE OF ACTION FOR UNFAIR COMPETITION (CAL. BUS. & PROF. CODE § 17200)

Defendant Government Employee Insurance Company and Plaintiff Stanley Ellis filed a Joint Stipulation to Dismiss the third cause of action for unfair competition (Cal. Bus. & Prof. Code § 17200) in this Action.

After considering the Joint Stipulation and all other matters presented to the Court, **IT IS HEREBY ORDERED THAT**:

Plaintiff Stanley Ellis's third cause of action for unfair competition (Cal. Bus. & Prof. Code § 17200) in this Action is hereby DISMISSED with prejudice.

**IT IS SO ORDERED.**

**Dated:  November 8, 2022**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE