1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11                                 ----oo0oo----

12   STANLEY ELLIS,                    NO.  2:22-cv-01580 WBS JDP

13              Plaintiff,

14        v.

15   GOVERNMENT EMPLOYEE INSURANCE
     COMPANY, a Maryland
16   corporation,

17              Defendant.

18

19                                 ----oo0oo----

20                  STATUS (PRETRIAL SCHEDULING) ORDER

21             After reviewing the parties' Joint Status Report, the

22   court hereby vacates the Status (Pretrial Scheduling) Conference

23   scheduled for January 17, 2023, and makes the following findings

24   and orders without needing to consult with the parties any

25   further.

26   I.   SERVICE OF PROCESS

27             All defendants have been served, and no further service

28   is permitted without leave of court, good cause having been shown

                                     1

1   under Federal Rule of Civil Procedure 16(b).

2   II.   <u>JOINDER OF PARTIES/AMENDMENTS</u>

3          The court previously granted defendant's motion for

4   partial judgment on the pleadings as to plaintiff's claim for

5   breach of contract and gave plaintiff leave to amend.  (Docket

6   No. 14.)  On January 4, 2023, plaintiff filed his First Amended

7   Complaint, reasserting his claim for breach of contract.  (Docket

8   No. 16.)

9          No further joinder of parties or amendments to

10  pleadings will be permitted except with leave of court, good

11  cause having been shown under Federal Rule of Civil Procedure

12  16(b).  <u>See</u> <u>Johnson v. Mammoth Recreations, Inc.</u>, 975 F.2d 604

13  (9th Cir. 1992).

14  III.  <u>JURISDICTION/VENUE</u>

15         Jurisdiction over this insurance bad faith action is

16  predicated upon 28 U.S.C. § 1332, because there is complete

17  diversity between the parties and the amount in controversy

18  exceeds $75,000.  Venue is undisputed and hereby found to be

19  proper.

20  IV.   <u>DISCOVERY</u>

21         The parties agree to serve the initial disclosures

22  required by Federal Rule of Civil Procedure 26(a)(1) on or before

23  February 17, 2023.

24         The parties shall disclose experts and produce reports

25  in accordance with Federal Rule of Civil Procedure 26(a)(2) by no

26  later than August 29, 2023.  With regard to expert testimony

27  intended solely for rebuttal, those experts shall be disclosed

28  and reports produced in accordance with Federal Rule of Civil

1    Procedure 26(a)(2) on or before September 29, 2023.

2        All discovery, including depositions for preservation

3 of testimony, is left open, save and except that it shall be so

4 conducted as to be completed by October 30, 2023.  The word

5 "completed" means that all discovery shall have been conducted so

6 that all depositions have been taken and any disputes relevant to

7 discovery shall have been resolved by appropriate order if

8 necessary and, where discovery has been ordered, the order has

9 been obeyed.  All motions to compel discovery must be noticed on

10 the magistrate judge's calendar in accordance with the local

11 rules of this court and so that such motions may be heard (and

12 any resulting orders obeyed) not later than October 30, 2023.

13 V.   MOTION HEARING SCHEDULE

14        All motions, except motions for continuances, temporary

15 restraining orders, or other emergency applications, shall be

16 filed on or before December 15, 2023.  All motions shall be

17 noticed for the next available hearing date.  Counsel are

18 cautioned to refer to the local rules regarding the requirements

19 for noticing and opposing such motions on the court's regularly

20 scheduled law and motion calendar.

21 VI.  FINAL PRETRIAL CONFERENCE

22        The Final Pretrial Conference is set for February 26,

23 2024, at 1:30 p.m. in Courtroom No. 5.  The conference shall be

24 attended by at least one of the attorneys who will conduct the

25 trial for each of the parties and by any unrepresented parties.

26        Counsel for all parties are to be fully prepared for

27 trial at the time of the Pretrial Conference, with no matters

28 remaining to be accomplished except production of witnesses for

1  oral testimony.  Counsel shall file separate pretrial statements,

2  and are referred to Local Rules 281 and 282 relating to the

3  contents of and time for filing those statements.  In addition to

4  those subjects listed in Local Rule 281(b), the parties are to

5  provide the court with: (1) a plain, concise statement which

6  identifies every non-discovery motion which has been made to the

7  court, and its resolution; (2) a list of the remaining claims as

8  against each defendant; and (3) the estimated number of trial

9  days.

10         In providing the plain, concise statements of

11  undisputed facts and disputed factual issues contemplated by

12  Local Rule 281(b)(3)-(4), the parties shall emphasize the claims

13  that remain at issue, and any remaining affirmatively pled

14  defenses thereto.  If the case is to be tried to a jury, the

15  parties shall also prepare a succinct statement of the case,

16  which is appropriate for the court to read to the jury.

17  VII. <u>TRIAL SETTING</u>

18         The jury trial is set for April 30, 2024 at 9:00 a.m.

19  The parties estimate that the trial will last 7 days.

20  VIII.    <u>SETTLEMENT CONFERENCE</u>

21         A Settlement Conference will be set at the time of the

22  Pretrial Conference.  All parties should be prepared to advise

23  the court whether they will stipulate to the trial judge acting

24  as settlement judge and waive disqualification by virtue thereof.

25         Counsel are instructed to have a principal with full

26  settlement authority present at the Settlement Conference or to

27  be fully authorized to settle the matter on any terms.  At least

28  seven calendar days before the Settlement Conference counsel for

4

1   each party shall submit a confidential Settlement Conference

2   Statement for review by the settlement judge.  If the settlement

3   judge is not the trial judge, the Settlement Conference

4   Statements shall not be filed and will not otherwise be disclosed

5   to the trial judge.

6   IX.   MODIFICATIONS TO SCHEDULING ORDER

7           Any requests to modify the dates or terms of this

8   Scheduling Order, except requests to change the date of the

9   trial, may be heard and decided by the assigned Magistrate Judge.

10  All requests to change the trial date shall be heard and decided

11  only by the undersigned judge.

12          IT IS SO ORDERED

13  Dated:   January 13, 2023

WILLIAM B. SHUBB
14                                    UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28