1  GAVRILOV & BROOKS
   Ognian Gavrilov, SBN 258583
2  Matthew R. Richard, SBN 340084
   2315 Capitol Avenue
3  Sacramento, CA 95816
   Telephone: (916) 504-0529
4  Fax: (916) 727-6877
   Email: ognian@gavrilovlaw.com
5  mrichard@gavrilovlaw.com

6  Attorneys for Plaintiff STANLEY ELLIS

7  McCORMICK, BARSTOW, SHEPPARD,
   WAYTE & CARRUTH LLP
8  James P. Wagoner, #58553
   Brandon M. Fish, #203880
9  7647 North Fresno Street
   Fresno, California 93720
10 Telephone:   (559) 433-1300
   Facsimile:   (559) 433-2300
11 Email: jim.wagoner@mccormickbarstow.com
   brandon.fish@mccormickbarstow.com
12
   Attorneys for Defendant GOVERNMENT
13 EMPLOYEES INSURANCE COMPANY

14

15               UNITED STATES DISTRICT COURT

16          EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

17

| | |
|---|---|
| STANLEY ELLIS, | Case No. 2:22-cv-01580-WBS-JDP |
| Plaintiff, | **JOINT STIPULATION AND ORDER:** |
| v. | **(1) TO CORRECT PARTIES' INADVERTENT ERROR IN THE STIPULATION AND ORDER CONTINUING HEARING ON MOTION FOR SUMMARY JUDGMENT (DKT. NO. 35.)** |
| GOVERNMENT EMPLOYEE INSURANCE COMPANY, a Maryland Corporation, | |
| Defendant. | |
| | The Hon. William B. Shubb |
| | Trial Date:          July 16, 2024 |

1   Plaintiff STANLEY ELLIS ("Plaintiff") and Defendant GOVERNMENT EMPLOYEES
2   INSURANCE COMPANY ("Defendant") (collectively "the Parties") respectfully submit this
3   Stipulation and [Proposed] Order to the Court for approval.
4   WHEREAS, the Parties submitted a Stipulation and Proposed Order continuing the hearing
5   date and altering the briefing schedule for Defendant's Motion for Summary Judgment or,
6   alternatively, Partial Summary Judgment, and Plaintiff's Counter Motion for Summary Judgment
7   on January 22, 2024. Dkt. No. 34.
8   WHEREAS, the Court signed the Parties' Proposed Order continuing the hearing date and
9   altering the briefing schedule on January 24, 2024. Dkt. No. 35.
10   WHEREAS, the Parties' Proposed Order contained an inadvertent error in the due date of
11   Plaintiff's Reply to Defendant's Opposition to Plaintiff's Counter-Motion for Summary Judgment.
12   WHEREAS, the Parties Original Stipulation (Dkt. No. 34) stated that Plaintiff's Reply to
13   Defendant's Opposition to Plaintiff's Counter-Motion for Summary Judgment was due no later
14   than February 13, 2024.
15   WHEREAS, the Parties Proposed Order erroneously stated that Plaintiff's Reply to
16   Defendant's Opposition to Plaintiff's Counter-Motion for Summary Judgment is due no later than
17   February 6, 2024, the same day that Defendant's Opposition to Plaintiff's Counter-Motion for
18   Summary Judgment is due.
19   WHEREAS, the Parties agree that it is impossible for Plaintiff to submit a Reply to
20   Defendant's Opposition to Plaintiff's Counter-Motion for Summary Judgment the same day that
21   Defendant's Opposition to Plaintiff's Counter-Motion for Summary Judgment is due.
22   WHEREAS, the Parties offer this Stipulation and Proposed Order to correct the inadvertent
23   mistake regarding the due date of Plaintiff's Reply to Defendant's Opposition to Plaintiff's
24   Counter-Motion for Summary Judgment.
25   THEREFORE, based on the foregoing, the Parties hereby stipulate and agree, and
26   respectfully request that the Court order, as follows:
27   1.   Plaintiff's Reply to Defendant's Opposition to Plaintiff's Counter-Motion for
28        Summary Judgment will be due on February 13, 2024.

Dated: January 31, 2024											GAVRILOV & BROOKS

												By: /s/Matthew R. Richard
													Ognian Gavrilov
													Matthew R. Richard
												Attorneys for Plaintiff STANLEY ELLIS

Dated: January 31, 2024											McCORMICK, BARSTOW, SHEPPARD,
															WAYTE & CARRUTH LLP

												By: /s/James P. Wagoner
													James P. Wagoner
													Brandon M. Fish
												Attorneys for Defendant GOVERNMENT EMPLOYEE
												INSURANCE COMPANY

												*signed with permission provided 1/31/2024

**ORDER**

The Court, having reviewed the Parties' Joint Stipulation filed on January 31, 2024, and good cause showing, HEREBY ORDERS as follows:

1. The Court's January 24, 2024 Order Continuing Hearing on Motion for Summary Judgment (Dkt. No. 35) is amended as set forth herein.

2. Plaintiff's Reply to Defendant's Opposition to Plaintiff's Counter-Motion for Summary Judgment will be due no later than February 13, 2024;

3. Except as expressly stated in this Order, all other dates designated in this Court's January 24, 2024 Order Continuing Hearing on Motion for Summary Judgment (Dkt. No. 35) are not altered.

**IT IS SO ORDERED**.

Dated: February 1, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE